# EXHIBIT "1"

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

ALLEGIANT AIR LLC

**ELECTRONICALLY FILED**

**4/1/2020 8:00 AM**

SAN LUIS OBISPO SUPERIOR COURT
BY _____
N. Zepeda, Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ARTHUR MOGILEFSKY

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: | CASE NUMBER: *(Número del Caso):* |
|---|---|
| *(El nombre y dirección de la corte es):* SUPERIOR CT. OF CA SAN LUIS OBISPO<br>1035 PALM STREET RM 385<br>SAN LUIS OBISPO, CA 93405 | 20LC-0350 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

ARTHUR MOGILEFSKY 878 MESA DRIVE, ARROYO GRANDE, CALIFORNIA 93420   805-904-6164

| DATE: 4/1/2020 8:00 AM | /s/Michael Powell | Clerk, by | Matthew K Zepeda | , Deputy |
|---|---|---|---|---|
| *(Fecha)* | | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
☒ other *(specify):* LLC

4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courts.ca.gov |
|---|---|---|

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**



Clear This Form   Save this form   ...

**ELECTRONICALLY FILED**

1  ARTHUR MOGILEFSKY SBN: 57834
878 Mesa Drive
2  Arroyo Grande, California93420
Telephone: (805) 904-6164
3  Fax: (805) 904-6164
Email: mogel@charter.net
4  Pro Se

**4/1/2020 8:00 AM**


SAN LUIS OBISPO SUPERIOR COURT
BY: M. Zepeda, Deputy Clerk

5

6

7

8  ## SUPERIOR COURT OF CALIFORNIA SAN LUIS OBISPO COUNTY
## LIMITED CIVIL ACTION

9

10  ARTHUR MOGILEFSKY,

11

12          Plaintiff,
vs.

13  ALLEGIANT AIR LLC
14  A NEVADA STATE ENTITY

15          Defendant.

16

17

Case No:  20LC-0350

**UNRUH CIVIL RIGHTS ACT**

**UNFAIR COMPETITION
§17200 B&P**

**PUBLIC INJUNCTIVE RELIEF**

**DEMAND DOES NOT
EXCEED$10,000**

18

19  ## NATURE OF THE ACTION

20

21  This action is brought against Allegiant Air for violation of the Plaintiff's civil
rights as defined in the Unruh Act, Unfair Competition, and injunction.

22  ## JURISDICTION AND VENUE

23  The Court has jurisdiction over this matter; the Plaintiff is a natural
24  person and a resident of this State. Allegiant has scheduled flights from numerous
25  California airports. The agreement with the Defendant for transportation was
26  partially executed in this County; the Defendant advertises it services over the
27  Internet to residents of this County, makes substantial sales to residents of this
County, and the injury to the Plaintiff was incurred in this County. This action is
28  not removable to Federal Court because there are no Federal issues, and the

1

Complaint Mogilefsky v Allegiant Air

1  confer diversity jurisdiction is not met. This action is brought under the laws of the
2  State of California.

### **STATEMENT OF FACTS**

4  The Defendant is a domestic airline. The Plaintiff is a natural person.
5  On November 21, 2019 the Plaintiff purchased a ticket from the Defendant to
6  transport him and his individually trained service dog from Santa Maria, California
7  to Las Vegas, Nevada.

8  On November 22, 2019 the Plaintiff received an email from the Defendant
9  stating that they required him to complete three forms related to his service animal
   as a condition of transportation.

10  **Form No. 1 "Veterinary Health Form"**: ("Exhibit A")

11  Among other things the Plaintiff is required to have his dog's Veterinarian attest to
12  the status of the dog's vaccinations.

13  **Form No. 2 "Medical/Mental Health Professional Form"**: ("Exhibit B")

14  Among other things the Plaintiff is required to have his mental health
15  professional attest that the animal is required.

16  **Form No. 3 "Animal Behavior & Responsibility Form"**: (Exhibit C")

17  Among other things this form required the Plaintiff to accept full financial
    responsibility for any damages the animal caused Allegiant in violation of CCC
18  §51.7(b) and 51.7 prohibiting liability waivers.

19  The Plaintiff while looking for more information on the Defendant's website
20  discovered that passengers who paid the Defendant two hundred dollars ($200), to
21  transport their dog's roundtrip in the aircraft cabin as a "pet" were not required to
22  submit any of the above forms.

23  The Plaintiff reasonably believed that he would be denied boarding his flight if he
    did not supply the required documents 48 hours previous to his flight.

24  The Plaintiff concluded the information sought by Allegiant was discrimination
25  based on his disability.

26  The Plaintiff refused to provide the information sought by the Defendant and
27  called its representative and canceled his reservation. He was denied a refund for
28  the ticket price.

2

Complaint Mogilefsky v Allegiant Air

## FIRST CLAIM FOR RELIEF
## VIOLATION OF THE UNRUH ACT

Plaintiff hereby restates all of the above.

1. Section (e)(1) of the Unruh Act defines a disability as any mental or physical disability as in sections 12926 and 12926.1 of the Government Code:

> §12926(j)(1) "Mental disability" includes, but is not limited to, all of the following:

> (1) Having any mental or psychological disorder or condition, such as intellectual disability, organic brain syndrome, emotional or mental illness, or specific

2. The Plaintiff meets the requirements of the Government Code because he has a mental disorder that limits a major life activity;

3. The Defendant is a "business" as defined in the Act because it conducts the business of transporting passengers to and from California;

4. The Defendant intentionally discriminated against the Plaintiff because of his disability by requiring him to fill out forms related to his service animal.

5. Passengers who paid the Defendant two hundred dollars ($200) were not required to furnish forms because their animals were transported as "pets";

6. The Plaintiff's disability was a substantial motivating reason for Defendant's conduct.

7. As a direct and proximate result of the behavior of Defendant the Plaintiff has suffered and will continue to suffer injuries, loses and damages in an amount in excess of the jurisdictional minimum of this Court;

8. In doing the acts alleged in this complaint, the Defendant knew that their actions were likely to injure the Plaintiff.

9. The Defendant intended to cause injury to the Plaintiff and acted in willful and conscious disregard for Plaintiff's rights under Civil Code Section 51 and was a substantial factor in causing the plaintiff harm;

10. The Defendant's violation of the Plaintiff's civil rights as guaranteed by Civil Code Section 51 entitles Plaintiff to recover a minimum of $4,000 and injunctive relief, all of which are provided for in Civil Code Section 52.

3

Complaint Mogilefsky v Allegiant Air

### SECOND CLAIM FOR RELIEF
### UNFAIR COMPETITION §17200 CALIFORNIA BUSINESS
### AND PROFESSIONS CODE

The Unfair Competition Law, Business and Professions Code §17200, et seq. ("UCL"), prohibits any "unlawful," business act or practice conducted in the course of business and any false or misleading advertising.

As alleged herein, Allegiant, in the course of conducting business engaged in unlawful conduct by violating the Unruh Act. Because Allegiant's conduct violates the Unruh act it therefore, violates § 17200 as unlawful conduct, §17200 provides for restitution and public injunctive relief.

**WHEREFORE**, Plaintiff prays for judgment against Allegiant as follows:

1. A declaration that the Defendant violated the Plaintiff's civil rights as defined in the Unruh Act;

2. Damages of no less than $4,000 according to proof.

3. A declaration that the Defendant violated §17200 B&PC

4. Permanent public injunctive relief for California residents:

   (a) Prohibiting the Defendant requiring Forms 1-3 as a condition of transportation of a service animal;

   (b) Prohibiting the Defendant from gathering any information required on forms 1 and 3, as a condition of transporting a service animal.

   (c). The appointment of a receiver for a period of three years to ensure compliance with the injunction.

5. Costs of suit incurred herein;

6. Attorney's fees where appropriate;

7. Other relief as the Court deems proper.

Date: March 31, 2020

Arthur Mogilefsky-Plaintiff

4

Complaint Mogilefsky v Allegiant Air



Form 1 of 3

# Emotional Support / Psychiatric Service Animal Veterinary Health Form

Passenger Name: _____

Animal Name: _____

Animal Breed: _____

    Is the animal a pit-bull type breed?   **YES** / **NO**
    *Please note Allegiant does not transport pit-bull or pit-bull type breeds.*

Veterinarian Name: _____

License Number & Expiration Date: _____

State License was issued by: _____

Most Recent Date Animal was Examined: _____

Most Recent Date of Rabies Vaccine & Valid thru: _____

Is the animal identified above a fully task trained animal over the age of 4 months?
*Please note Allegiant does not transport service, emotional support or psychiatric support animals under the age of 4 months.*

**YES** / **NO**

When most recently examined, did the animal appear to be free of infectious or contagious disease that could endanger other animals or public health?

**YES** / **NO**

To my knowledge (select one of the following):

_____ The animal **HAS NOT** bitten or injured/attacked a person or another animal.

_____ The animal **HAS** bitten or injured/attacked a person or another animal. Provide explanation

_____

_____

Veterinarian Signature & Date: _____

Veterinarian Contact Info (phone number, email address, office address): _____

* Form must be fully completed and dated within one year of travel date.
* All forms must be presented to an Allegiant representative at least one (1) hour prior to scheduled departure of each flight for review at the ticket counter.
* Please review all other requirements for travel with animals at **allegiantair.com/passengers-special-needs**.

## "Exhibit A"

Mogilefsky v Allegiant



Form 2 of 3

# Emotional Support / Psychiatric Service Animal
# Mental Health Professional Form

Passenger Name:

Passenger Email Address:

## Mental Health Professional Information

Name of Practice:

Name & Phone Number of Mental Health Professional:

National Provider Identifier (NPI):

Date & Type of Mental Healthcare License:

State or Jurisdiction where license was issued:

To be completed by Mental Health Professional (check applicable boxes):

[  ] I am a licensed mental health professional treating the above named passenger for a mental or emotional disability.

[  ] I have diagnosed the above named passenger to have a mental or emotional disability recognized in the Diagnostic and Statistical Manual of Mental Disorders and he or she is currently under my care.

[  ] The passenger requires an emotional support or psychiatric service animal as an accommodation for air travel and/or for activity at the passenger's destination.

Mental Health Professional Signature & Date:

- Form must be fully completed by the passenger's mental health professional or by a medical physician specifically treating the passenger for an emotional or mental disability and dated within one year of travel date
- A passenger meeting all requirements may travel with one (1) emotional support animal or one (1) psychiatric service animal.
- All forms must be presented to an Allegiant representative at least one (1) hour prior to scheduled departure of each flight for review at the ticket counter.
- Please review all other requirements for travel with animals at allegiantair.com/passengers-special-need

10/17/19                                                      Page 3 of 4

## "EXHIBIT B"

Mogilefsky v Allegiant

Form 3 of 3



# Emotional Support / Psychiatric Service Animal
# Animal Behavior & Responsibility Form

Passenger name:

All emotional support and psychiatric service animals must be trained to behave appropriately in a public setting. Consistent with government regulations, please confirm the following by checking each box (all boxes must be checked if correct):

[ ] I confirm that my emotional support/psychiatric service animal has been trained to behave appropriately in a public setting and takes my direction upon command.

[ ] I understand that if my emotional support/psychiatric service animal behaves inappropriately, it will be considered unacceptable for travel as a support or service animal. The animal may be transported as a pet if all of Allegiant's pet requirements are met.

[ ] I confirm my emotional support/psychiatric service animal will fit within my foot/seat space with essentially no encroachment upon other space. I acknowledge that I may be required to purchase a second seat if necessary to accommodate the animal.

[ ] I accept full responsibility for the safety, well-being and conduct of my emotional support/psychiatric service animal, including my animal's interaction with other animals and/or individuals.

[ ] I have reviewed and accept Allegiant's animal policies, which I have viewed at: allegiantair.com/passengers-special-needs.

[ ] I acknowledge that I accept full financial responsibility if my animal causes Allegiant, its customers or employees any loss, injury, damage or expense of any kind in accordance with Allegiant's Contract of Carriage (allegiantair.com/contract-carriage).

Passenger Signature & Date:

Passenger phone number & email:

* Form must be fully completed by **the passenger** and dated within one year of travel date.
* A passenger meeting all requirements may travel with one (1) emotional support animal or one (1) psychiatric service animal.
* All forms must be presented to an Allegiant representative at least one (1) hour prior to scheduled departure of each

**"EXHIBIT C"**

Mogilefsky v Allegiant

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ARTHUR MOGILEFSKY SBN: 93420<br>878 MESA DRIVE<br>ARROYO GRANDE, CA 93420 | **ELECTRONICALLY FILED** |
| TELEPHONE NO.: 805-904-6164   FAX NO.: 805-904-6164 | **4/1/2020 8:00 AM** |
| ATTORNEY FOR *(Name):* PRO SE | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN LUIS OBISPO | |
| STREET ADDRESS: 1050 MONTEREY STREET | |
| MAILING ADDRESS: | SAN LUIS OBISPO SUPERIOR COURT |
| CITY AND ZIP CODE: SAN LUIS OBISPO 93408 | BY M. Zepeda, Deputy Clerk |
| BRANCH NAME: MAIN | |

| CASE NAME: | |
|---|---|
| ARTHUR MOGILEFSKY V ALLEGIANT AIR | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 20LC-0350 |
|---|---|---|
| ☐ Unlimited   ☑ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☑ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* ONE- UNRUH ACT
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: MARCH 31, 2020

ARTHUR MOGILEFSKY
(TYPE OR PRINT NAME)                                                    ▶ *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number and address): Arthur Mogilefsky SBN: 57834 878 Mesa Drive Arroyo Grande, CA 93420 TELEPHONE NO:   805-904-6164          FAX NO: 805-904-6164 E-MAIL ADDRESS (OPTIONAL)   mogel@charter.net ATTORNEY FOR::          PRO SE | ELECTRONICALLY FILED 4/1/2020 8:00 AM SAN LUIS OBISPO SUPERIOR COURT BY _____ M. Zepeda, Deputy Clerk |
| SUPERIOR COURT OF SAN LUIS OBISPO COUNTY □    San Luis Obispo Branch, 1035 Palm Street, Rm 385, San Luis Obispo, CA 93408 X    Grover Beach Branch, 214 South 16th Street, Grover Beach, CA 93433 (HEARD AND FILED. IN SAN LUIS OBISPO EFFECTIVE 1/1/2012) □    Paso Robles Branch,901 Park Street, Paso Robles, CA 93446 www.slocourts.net | |
| Plaintiff:   Arthur Mogilefsky Defendant:   Allegiant Air | |
| STATEMENT OF VENUE (LIMITED CIVIL) | CASE NO20LC-0350 |

The case must be assigned to a judge sitting in the branch court or the San Luis Obispo Courthouse at the locations as set forth below, based on a defendant's residence or principal place of business. If the defendant's residence or principal place of business is outside the County of San Luis Obispo, then the case must be assigned to a judge by using the principles set forth in sections 392 through 395 of the California Code of Civil Procedure.

Venue table:

| | |
|---|---|
| San Luis Obispo | San Luis Obispo, Avila Beach, Cayucos, Los Osos, Morro Bay, and unincorporated areas in between. |
| XXX Grover Beach Branch | Grover Beach, Arroyo Grande, Nipomo, Oceano, Pismo Beach, and unincorporated areas south of the Ontario Grade. |
| Paso Robles Branch | Paso Robles, Atascadero, Cambria, Santa Margarita, Templeton, and unincorporated areas north of the Cuesta Grade. |

The contract entered into or to be performed in this judicial district. The address where contract entered into or to be performed is:

878 Mesa Drive                          Arroyo Grande   93420
_____                       _____
Street                                  City, Zip Code

At least one defendant resides in this judicial district. The address of the defendant is:

_____                       _____
Street                                  City, Zip Code

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Verified by PDFfiller
01/03/2020

MARCH 31, 2020                          Arthur Mogilefsky
_____                       _____
DATE                                    SIGNATURE OF DECLARANT

CV011
New 1/1/04
Rev. 3/2/12
Mandatory

**STATEMENT OF VENUE
(LIMITED CIVIL)**

CCP 392-395
Local Rule 9.27

| SUPERIOR COURT, COUNTY SAN LUIS OBISPO<br>**San Luis Obispo Branch**, 1035 Palm Street, Rm 385, San Luis Obispo, CA 93408<br>**Paso Robles** Branch 901 Park Street, Paso Robles, CA 93446 | |
|---|---|
| **ARTHUR MOGILEFSKY vs. Air Allegiant** | **CASE NUMBER**<br><br>**20LC-0350** |
| | **Case Management Conference** |

4/1/2020

# NOTICE OF ASSIGNMENT AND CASE MANAGEMENT CONFERENCE

This case is assigned to **Judge Coates, Tana L.** for all purposes.

Plaintiff must serve the Summons and Complaint, a copy of this Notice; the Standing Case Management Order (located at https://www.slo.courts.ca.gov/os/tentativerulings.htm ) of the judge assigned for all purposes and must file proofs of service within 60 days after the Complaint is filed.

**Defendants shall file responsive pleadings with 30 days of service** unless the parties stipulate to an extension of not more than 15 days.

IT IS HEREBY ORDERED:

1. The parties must appear for a first Case Management Conference  **on August 06, 2020, 9:00 AM, San Luis Obispo Department 9** THE PARTIES OR THEIR ATTORNEYS MUST APPEAR AT THE CASE MANAGEMENT CONFERENCE.  For information about telephone appearances call **COURTCALL** at (888)882-6878.

2. Parties are responsible for reviewing and following the Case Management Order of the assigned judge.  The orders are located at
 https://www.slo.courts.ca.gov/os/tentativerulings.htm

3. Each party must file and serve a Case Management Statement at least 15 days before the conference.

4. The person appearing at the first Case Management Conference must be familiar with the case and prepared to discuss suitability of the case for mediation, binding arbitration, judicial arbitration or some form of alternative dispute resolution.

5. Trial will be set within the 11th or 12th month after the filing of the Complaint. Counsel must arrange their schedules, reserve dates with witnesses and schedule trial preparation with this in mind. Continuances will be granted only on a clear showing of good cause.

6. All law and motion matters will be calendared in the department of the assigned judge and filed with the Clerk's office.

7. Each party should be prepared to show cause why sanctions should not be imposed for a failure to comply with these rules. **LIMITED JURISDICTION ONLY:** unless the parties have entered into arbitration as required by Local Rules 9.00 and 26.00.



# SUPERIOR COURT OF CALIFORNIA

## ALTERNATIVE DISPUTE RESOLUTION
## INFORMATION PACKAGE

Recognizing that many civil disputes can be resolved without the time and expense of traditional civil litigation, the Superior Court of California, County of Sacramento (Sacramento County Superior Court), strongly encourages parties in civil cases to explore and pursue the use of Alternative Dispute Resolution.

### What is Alternative Dispute Resolution?

Alternative Dispute Resolution (ADR) is the general term applied to a wide variety of dispute resolution processes which are alternatives to lawsuits. Types of ADR processes include:

- Arbitration
- Mediation
- Settlement Conferences

- Private judging
- Neutral evaluation

- Mini-trials
- Negotiation and *hybrids* of these processes

All ADR processes offer a partial or complete alternative to traditional court litigation for resolving disputes. At the present time, the Sacramento County Superior Court offers Mediation and Arbitration.

### What are the advantages of using ADR?

ADR can have a number of advantages over traditional court litigation.

* **ADR can save time.** Even in a complex case, a dispute can be resolved through ADR in a matter of months or weeks, while a lawsuit can take years.

* **ADR can save money.** By producing earlier settlements, ADR can save parties and courts money that might otherwise be spent on litigation costs (attorneys fees and court expenses.)

* **ADR provides more participation.** Parties have more opportunity with ADR to express their own interests and concerns, while litigation focuses exclusively on the parties' legal rights and responsibilities.

* **ADR provides more control and flexibility.** Parties can choose the ADR process most appropriate for their particular situation and that will best serve their particular needs.

* **ADR can reduce stress and provide greater satisfaction.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere found in litigation. Surveys of disputants who have gone through ADR have found that satisfaction with ADR is generally high, especially among those with extensive ADR experience.

### Arbitration and Mediation

Although there are many different types of ADR processes, the types most commonly used to resolve disputes in California state courts are Arbitration and Mediation. The Sacramento County Superior Court currently offers pre-screened panelists with experience and training in each of the following areas.

**Arbitration.** An Arbitrator hears evidence presented by the parties, makes legal rulings, determines facts and makes an Arbitration award. Arbitration awards may be entered as judgments in accordance with the agreement of the parties or, where there is no agreement, in accordance with California statutes. Arbitration can be binding if the parties so agree in writing. If there is no such agreement, either party can reject the Arbitration award and request a trial.

CV\E–100 (Rev 01.01.14)

Alternative Dispute Resolution Information Package
Exhibit "1" to the
Notice of Removal
Page 013

Page 1 of 3



Superior Court of California, County of Sacramento

Case Management

**Mediation.** Mediation is a voluntary, informal, confidential process in which the Mediator, a neutral third party, facilitates settlement negotiations. The Mediator improves communication by and among the parties, helps parties clarify facts, identify legal issues, explore options and arrive at a mutually acceptable resolution of the dispute.

Litigants are encouraged to use an ADR process as early in the case as circumstances permit. All appropriate cases will be reviewed for referral to ADR at the Case Management Conference(CMC).

### ADR Procedures for the Sacramento County Superior Court

Upon filing a complaint or cross-complaint, the plaintiff/cross-complainant must acquire this information package from the Court's Website, http://www.saccourt.ca.gov, or the Superior Court Clerk. Plaintiff is required to include the ADR Information Package when he or she serves the Complaint on the Defendant.

The court's ADR Panel List is available on-line at http://www.saccourt.ca.gov or may be obtained at the Civil Filing Counter at the Gordon D. Schaber Sacramento County Courthouse, 720 Ninth Street, Room 101, Sacramento, CA 95814.

### Mediation.

All parties to the dispute may voluntarily agree to submit the case to a neutral Mediator, either through a court-appointment or through a private arrangement. The parties may choose either of the following Mediation choices:

**Private Mediation.** Parties to a civil action agree to mediate their dispute with a Mediator of their choice without court assistance. The cost of Mediation must be borne by the parties equally unless the parties agree otherwise. Parties will be charged an amount as set by the Mediator (refer to the ADR Panel List for current rates).

**Court Mediation.** Upon stipulation of the parties, a Mediator and alternate Mediator will be selected from the court-approved list of neutrals (ADR Panel List). The court will confirm the selected Mediator and notice parties by mail.

The Mediator is then responsible for contacting the parties to confirm a date, time, and place for Mediation. Mediators on the court's approved ADR Panel List have agreed to provide up to three (3) hours of pro-bono Mediation. In the event the Mediation extends beyond 3 hours and parties determine it would be beneficial to continue the Mediation process; the parties will independently be responsible for compensating the Mediator in an amount as set by the Mediator.

#### UNLIMITED CIVIL CASES

*   A *Stipulation and Order to Mediation – Unlimited Civil Cases,* Form CV\E-MED-179 *(see attached)* may be filed with the court at any time up to 15 calendar days prior to the Case Management Conference.

*   If the parties do not stipulate to Mediation prior to their CMC, they may indicate their willingness to stipulate to Mediation at the CMC. In that event, parties must submit a *Stipulation and Order to Mediation – Unlimited Civil Cases* within 14 calendar days after their CMC.

*   A *Mediation Statement* must be filed with the *Case Management Statement.*

#### LIMITED CIVIL CASES

*   Parties may select and conduct voluntary Private Mediation without notification to the Court.

*   Parties may stipulate to court mediation by filing a Stipulation and Order to Arbitration/Mediation - Limited Civil Cases form (CV\E-203) at any time after the filing of the Limited Civil Case Status Memorandum form (CV\E-202). This form is located on the court's website at http://www.saccourt.ca.gov. A Stipulation and Order to Arbitration/Mediation – Limited Civil Cases MUST be filed concurrently or subsequent to a Limited Civil Case Status Memorandum.

CV\E–100 (Rev 01.01.14)

Alternative Dispute Resolution Information Package
Exhibit "1" to the
Notice of Removal
Page 014

Page 2 of 3



## Arbitration
*UNLIMITED CIVIL CASES*

- Plaintiff may elect, the parties may stipulate, or the judge may Order the case to Arbitration. Parties will be asked to select an Arbitrator and three alternate Arbitrators from the court's ADR Panel List. The court will send a Notice of Appointment and an appropriate Order to Arbitration to all parties.

- Arbitrations are conducted pursuant to California Rules of Court, rules 3.810 through 3.830, and Local Rules Chapter 2, Part 5. Unless otherwise stipulated, an Award of Arbitrator is not binding upon the parties provided that they file a timely Request for Trial De Novo pursuant to California Rules of Court, rule 3.826. Upon the filing of a timely Request for Trial De Novo, the case will proceed to a Trial-Setting Conference. If no timely Request for Trial De Novo is filed, judgment based upon the Award of Arbitrator will be entered pursuant to California Rules of Court, rule 3.827.

## LIMITED CIVIL CASES
Arbitration may occur in a limited civil case under the following circumstances:

- When all parties stipulate to arbitration pursuant to Code of Civil Procedure section 1141.12. A stipulation for arbitration shall be filed using the Court's local form, Stipulation and Order to Arbitration/Mediation – Limited Civil Cases form (CV\E-203). A Stipulation and Order to Arbitration/Mediation – Limited Civil Cases MUST be filed concurrently or subsequent to a Limited Civil Case Status Memorandum form (CV\E-202).

- When plaintiff elects to refer the case to judicial arbitration. A written election by the plaintiff to submit an action or proceeding to arbitration shall be filed using the Court's local form, Limited Civil Case Status Memorandum form (CV\E-202).

## Additional Information
For additional information regarding the Court's ADR program, please go to the Court's website http://www.saccourt.ca.gov.

CV\E–100 (Rev 01.01.14)

Alternative Dispute Resolution Information Package
Exhibit "1" to the
Notice of Removal
Page 015

Page 3 of 3

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| ARTHUR MOGILEFSKY<br>878 MESA DRIVE<br>ARROYO GRANDE, CA 93420<br><br>TELEPHONE NO.: 805-904-6164    FAX NO. *(Optional)*: 805-904-6164<br>E-MAIL ADDRESS *(Optional)*: mogel@charter.net<br>ATTORNEY FOR *(Name)*: PRO SE | **ELECTRONICALLY FILED**<br><br>**4/24/2020 6:57 PM**<br><br>SAN LUIS OBISPO SUPERIOR COURT<br>BY _____<br>M. Zepeda, Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN LUIS OBISPO |
|---|
| STREET ADDRESS: 1050 MONTEREY STREET |
| MAILING ADDRESS: 1035 PALM STREET ROOM 385 |
| CITY AND ZIP CODE: SAN LUIS OBISPO 92408 |
| BRANCH NAME: MAIN |

| PLAINTIFF/PETITIONER: ARTHUR MOGILEFSKY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ALLEGIANT AIR | 20LC-0016 |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: **Exhibit A, Statement of Venue**

3. a. Party served *(specify name of party as shown on documents served)*:
      Allegiant Airlines

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Scott Sheldon - Registered Agent of Allegiant Airlines

4. Address where the party was served:
   **1201 North Town Center Dr. Ste. 110, Las Vegas, NV 89144**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 04/16/2020 at *(time)*: 2:01P I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      **Left documents with allied security desk.**

      (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☒ I thereafter mailed (by Priority Mail - USPS Tracking # 9114902200789046780069 ) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 04/22/2020 from *(city)*: Las Vegas, NV 89178    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS**<br>Exhibit "1" to the<br>Notice of Removal<br>Page 016 | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: ARTHUR MOGILEFSKY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ALLEGIANT AIR | 20LC-0016 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*                          (2) from *(city):*

  (3) ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐  Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐  as an individual defendant.
  b. ☐  as the person sued under the fictitious name of *(specify):*
  c. ☐  as occupant.
  d. ☐  On behalf of *(specify):*
  under the following Code of Civil Procedure section:

  ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
  ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
  ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
  ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
  ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                            ☐ other:

7. **Person who served papers**
  a. Name: David W. McClelland - NV PILB - R-2018-01891 / Lic #2624
  b. Address: ServLAW P.O. Box 371795, Las Vegas, NV 89137
  c. Telephone number: 702-209-9400
  d. **The fee** for service was: $ 55
  e. I am:

  (1) ☑  not a registered California process server.
  (2) ☐  exempt from registration under Business and Professions Code section 22350(b).
  (3) ☐  a registered California process server:
     (i) ☐  owner ☐ employee ☐ independent contractor.
     (ii)  Registration No.:
     (iii)  County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **April 22, 2020**

David W. McClelland                                          ▶ _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                (SIGNATURE )

Exhibit 1 to the
Notice of Removal
Page 017