NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MOGILEFSKY,<br><br>              Plaintiff,<br><br>   v.<br><br>ALLEGIANT AIR, LLC,<br><br>              Defendant. | Case No. 2:20-cv-04269-ODW (JC)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///
///
///
///

1

# JUDGMENT

Having reviewed and approved of the Stipulation for Entry of Judgment, Judgment is hereby entered against Plaintiff, Arthur Mogilefsky and in favor of Defendant, Allegiant Air, LLC, on each and every claim set forth in the Complaint in this Action, with each party to bear their own fees and costs.  All dates are hereby **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 15, 2020

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**